IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JOHNA DON BELL**                                                                                       **PLAINTIFF**

V.                                         **CASE NO. 2:23-CV-2116**

**CORRECTIONAL OFFICER DYLAN ROSS;**
**JAIL ADMINISTRATOR JACOB SHOOK; and**
**JAILER CODY HORN**
**(All of Johnson County Detention Center)**                              **DEFENDANTS**

**ORDER**

Now pending before the Court is the Report and Recommendation (Doc. 36) filed on November 7, 2024, by the Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants' Motion for Summary Judgment (Doc. 24) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. A judgment will enter separately, and the Clerk of Court is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 26th day of November, 2024.

*/s/ Timothy L. Brooks*_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE